HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
FABIAN ECHEVERRIA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-224-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO FILE EXHIBIT A TO MOTION FOR COMPASSIONATE RELEASE (MEDICAL RECORDS) UNDER SEAL |
| FABIAN ECHEVERRIA-SANCHEZ, | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal the Medical Records in Mr. Fabian Echeverria-Sanchez's case be granted so that the private familial information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  July 1, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE